PER CURIAM.
Affirmed on the authority of Settecasi v. Board of Public Instruction of Pinellas County, 156 So.2d 652 (Fla.2nd D.C.A.1963); Henry Stiles, Inc. v. Evans, 206 So.2d 65 (Fla.4th D.C.A.1968); Liberman v. Rhyne, 248 So.2d 242 (Fla.3rd D.C.A.1971); B. B. S. v. R. C. B., 252 So.2d 837 (Fla.2nd D.C.A. 1971); Accurate Metal Finishing Corp. v. Carmel, 254 So.2d 556 (Fla.3rd D.C.A.1971); Fla.R.Civ.P. 1.510(c), (e); Section 59.041, Florida Statutes (1975).